EDWARD A. SHADE, ESQ.
ASHTON & PRICE, LLP
8243 GREENBACK LANE
FAIR OAKS, CA 95628
Tel: 916-786-7787
Fax: 916-786-7625

Attorneys for Plaintiff
RHONDA WILLIAMS


David V. Roth (State Bar No. 194648)
  *dvr@manningllp.com*
Matthew P.C. Noel (State Bar No. 242172)
  *mpn@manningllp.com*
Suzanne Frias (State Bar No. 314674)
  *scf@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
333 Bush Street, 27th Floor
San Francisco, California 94104
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendant IKEA U.S. WEST, INC.
(erroneously sued as "IKEA WEST SACRAMENTO")

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RHONDA WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> IKEA WEST SACRAMENTO, ET AL., <br><br> Defendants. | Case No. 2:17-CV-299-JAM <br><br> **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br><br> Trial Date: July 30, 2018 |

Whereas plaintiff Rhonda Williams and Defendant IKEA U.S. WEST, INC. (erroneously sued as "IKEA WEST SACRAMENTO") stipulated and herein stipulate, by and through their attorneys of record and pursuant to FRCP Rule 41(a)(1)(A)(ii), that the above captioned action (*Rhonda Williams v. IKEA West Sacramento*, Civil Case No. 2:17-CV-299-JAM) may be

dismissed with prejudice in its entirety, with each party to bear their own cost and fees.

**IT IS SO STIPULATED.**

DATED: February 16, 2018    **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By: _____/s/_____
Edward A. Schade
Attorney for Plaintiff,
RHONDA WILLIAMS

DATED: February 20, 2018    **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By: _____/s/_____
David V. Roth
Matthew P.C. Noel
Suzanne C. Frias
Attorneys for Defendant,
IKEA US WEST, INC. a California Corporation
(erroneously sued as IKEA WEST
SACRAMENTO, IKEA US WEST INC., #157
and IKEA HOLDING US INC.)

## ORDER

Based on the stipulation of the parties, it is herein ordered that the above captioned matter (*Rhonda Williams v. IKEA West Sacramento, Inc.*, Civil Case No. 2:17-CV-299-JAM-DB) is dismissed with prejudice in its entirety and that the trial date and pretrial deadlines are vacated.

**IT IS SO ORDERED.**

Dated: 2/21/2018

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge